

# Professional & Vocational Licensing Search
Department of Commerce & Consumer Affairs

## Search

License information on this site reflects posted information in the Professional and Vocational Licensing Division as of 3/6/2019; however, the information does not reflect changes which are being reviewed or have not been posted. This site is normally updated daily, Monday through Friday, except holidays with changes that have been posted. Please check back periodically. Please read the Disclaimer.

| License # | Business/Individual | Pending Application |
|---|---|---|

DNF                    **Q Search**

### Results

| Name ⇕ | License ⇕ | Location ⇕ |
|---|---|---|
| No Results Found | | |

Showing 1 to 1 of 1 entries     | 1 |

EXHIBIT A

Professional & Vocational Licensing

Department of Commerce & Consumer Affairs

Accessibility (http://portal.ehawaii.gov/accessibility.html)
Contact (https://portal.ehawaii.gov/page/about-us/)
Feedback (http://portal.ehawaii.gov/feedback.html?applicationId=5)   Privacy Policy (http://portal.ehawaii.gov/privacy-policy.html)   Terms of Use (http://portal.ehawaii.gov/terms-of-use.html)

Copyright © 2013 State of Hawai'i. All rights reserved.

Powered by HIC (Hawaii Information Consortium) (http://hic.ehawaii.gov)