| COMPLAINT (ASSUMPSIT-MONEY OWED); DECLARATION; EXHIBIT(S); SUMMONS | | FILED DISTRICT COURT OF THE CIRCUIT  Form#1DC07 |
|---|---|---|
| IN THE DISTRICT COURT OF THE FIRST CIRCUIT HONOLULU DIVISION STATE OF HAWAI'I | | 2019 JAN 10 A 9: 54 |
| Plaintiff(s)   DNF Associates LLC | | LEGAL DOCUMENTS CLERK____L. KAUWELOA |
| | Reserved for Court Use | |
| | Civil No. 1RC19-1-316 | |
| Defendant(s)   RONALD VIERNES | Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney No., Firm Name (if applicable), Address, Telephone and Fax No.) Thomas M. McGreal, #3795 MANDARICH LAW GROUP, LLP 420 N. Wabash Ave Suite 400 Chicago, IL 60611 P: 877.285.4918; F: (818) 888-1260 | |
| Amount Claimed by Plaintiff:   $1534.18 | Last Date of Indebtedness is on or about 12/19/2016 | |

**COMPLAINT**

1. This Court has jurisdiction over this matter and venue is proper.

2. On or about 12/19/2016, Defendant(s) owed money to Plaintiff(s) as follows:

Plaintiff is the successor-in-interest of Sterling Jewelers, Inc. dba KAY JEWELERS and to account XXXXXX6724. Sterling Jewelers, Inc. dba KAY JEWELERS extended Defendant credit in exchange for Defendant(s) promise to pay for the balance of the account Defendant used. Defendant failed to pay Sterling Jewelers, Inc. dba KAY JEWELERS the balance of the account. Defendant RONALD VIERNES owes Plaintiff, as the successor-in-interest to the account, the sum of $1534.18.

3. A copy of the written instrument on which the debt is based is attached as Exhibit 1.

4. Plaintiff(s) asks for Judgment in the amount of $1534.18.
In addition, the Court may award court costs, interest and reasonable attorney's fees.

5. The Service members Civil Relief Act, 50 U.S.C App §501 may apply to a Defendant who is classified active duty as defined in the Act.
Please check all that apply.
   X  To the best of my knowledge, the Defendant is not an active duty member of the Military.
   ☐  The following Defendant is an active duty member of the Military. Name:_____.
   ☐  I am unable to determine whether the Defendant is an active duty member of the Military. Please attach separate sheet indicating what attempt was made to determine Defendant's military status.

| Date: December 26, 2018 | Signature of Plaintiff(s)/Plaintiff(s) Attorney: Print/Type Name(s):   Thomas M. McGreal | *Thomas M. McGreal* |
|---|---|---|

**DECLARATION**
I have read this Complaint, know the contents and verify that the statements are true to my personal knowledge and belief.
**I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE IS TRUE AND CORRECT.**

| Date: December 26, 2018 | Signature of Declarant: Print/Type Name(s):   Thomas M. McGreal | *Thomas M. McGreal* |
|---|---|---|

In accordance with the Americans with Disabilities Act, and other applicable State and Federal laws, if you require an accommodation for your disability when working with the a court program, service or activity please contact the District Court Administration Office at PHONE NO. 538-5121. FAX 538-5233, or TTY 539-4853 at least (10) working days before your proceeding, hearing, or appointment date.

| THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. | I certify that this is full, true, and correct Copy of the original on file in this office. _____ Clerk, District Court of the above Circuit, State of Hawai'i |
|---|---|

EXHIBIT B

SUMMONS                                                                                   Form #1DC50

| IN THE DISTRICT COURT OF THE FIRST CIRCUIT<br>_____HONOLULU_____ DIVISION<br>STATE OF HAWAI'I | |
|---|---|
| Plaintiff<br><br>DNF Associates LLC | |
| | Reserved for Court Use |
| | Civil No. |
| Defendant<br>RONALD VIERNES | Filing Party/Attorney Name, Attorney Number, Firm Name (if applicable), Address, and Telephone Number<br><br>Thomas M. McGreal, #3795<br>MANDARICH LAW GROUP, LLP<br>420 N. Wabash Ave Suite 400<br>Chicago, IL 60611<br>P: 877.285.4918; F: 818-888-1260 |

## SUMMONS

**THE STATE OF HAWAI'I:**

**TO:** The Director of Public Safety of the State of Hawai'i, the Director's deputy, or any police officer or other person authorized by the laws of the State of Hawai'i:

This Summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a Judge permits, in writing on this Summons, personal delivery during those hours.

**TO THE DEFENDANT:**

You are required to file a written answer or appear before the District Judge of this Court, in the Judge's Courtroom, on the day and at the time designated by the checked box on page 2. If the Defendant is a corporation or limited liability company, Hawai'i law requires it to be represented by an attorney licensed to practice in the State of Hawai'i.

**IF YOU OR YOUR ATTORNEY FAIL TO ATTEND THE COURT HEARING AT THE TIME AND PLACE DESIGNATED OR FILE A WRITTEN ANSWER A DEFAULT JUDGMENT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

NOTICE TO PARTIES: (Honolulu Division only): If this case involves a residential lease and if the Defendant(s) disagrees with the statements in the Complaint, the Court may require the parties to submit their dispute to mediation at the Pre-Trial conference that will be scheduled on the Monday, not a holiday, following the court date specified above. If the Monday following your court date is a holiday, the Pre-Trial conference will occur on the next business day. If the parties are not able to resolve the dispute within 20 minutes of mediation, the Cout will set a trial date.

| Date: JAN 1 0 2019 | Clerk | M. KAUWELOA (SEAL) |
|---|---|---|

SEE PAGE 2

COURT ADDRESSES AND RETURNABLE DAYS:

☒ **Honolulu Division, 1111 Alakea Street, 10th floor Courtroom 10A or 10B, Honolulu, Hawai'i**

☐ at 8:30 a.m. on the fifth day following date of service, excluding Saturdays, Sundays, legal holidays for summary possession.

or

☒ at 1:30 p.m. on the second Monday following date of service, and should that Monday be a legal holiday then upon the next business day.

☐ **'Ewa Division, 870 Fourth Street, Pearl City, Hawai'i**

☐ at 9:00 a.m. on the second Thursday following date of service, and should that Thursday be a legal holiday then upon the next Thursday.

☐ **Ko'olaupoko OR Ko'olauloa Division, 45-939 Po'okela Street, Kāne'ohe, Hawai'i**

☐ at 9:00 a.m. on the second Friday following date of service, and should that Friday be a legal holiday then upon the next Friday.

☐ **Wahiawā OR Waialua Division, 1034 Kilani Avenue, Wahiawā, Hawai'i**

☐ at 9:00 a.m. on the second Wednesday following date of service, and should that Wednesday be a legal holiday then upon the next Wednesday.

☐ **Wai'anae Division, 4675 Kapolei Parkway, Kapolei, Hawai'i**

☐ at 9:00 a.m. on the second Tuesday following date of service, and should that Tuesday be a legal holiday then upon the next Tuesday.

**Mailing address for the Courts: 1111 Alakea Street, Civil Division, Third floor, Honolulu, Hawai'i 96813**

In accordance with the Americans with Disabilities Act and other applicable state and federal laws, if you require an accommodation for a disability when working with a court program, service, or activity, please contact the District Court Administration Office at PHONE NO. 538-5121, FAX 538-5233, or TTY 539-4853 at least ten (10) working days before your proceeding, hearing, or appointment date. For Civil related matters, please call 538-5629 or visit the District Court Service Center at 1111 Alakea Street, Third (3rd) Floor.