# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:19-cv-00316-JMS-KJM |
| CASE NAME: | Ronald Viernes v. DNF Associates, LLC |
| ATTYS FOR PLA: | Justin A. Brackett<br>Joshua Tarrant-Windt |
| ATTYS FOR DEFT: | Andrew James Lautenbach<br>Brendan H. Little |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | Video Tele-Conference (VTC) No Record |
| DATE: | 02/17/2021 | TIME: | 10:00 - 12:05 |

COURT ACTION:  EP:    SETTLEMENT CONFERENCE held.

Plaintiff Ronal Viernes and Dave Maczka, representative for DNF Associates, LLC are present.

The Court met with the parties. Settlement discussions held.

No settlement reached at this time.

Further discussions on call. Court directed the parties to meet and confer regarding a realistic trial schedule in light of class certification and COVID.

*Submitted by: Bernie Aurio, Courtroom Manager*