STARN O'TOOLE MARCUS & FISHER
A Law Corporation
ANDREW J. LAUTENBACH 88805-0
733 Bishop Street, Suite 1900
Pacific Guardian Center, Makai Tower
Honolulu, Hawaii 96813
Telephone: (808) 537-6100
alautenbach@starnlaw.com

LIPPES MATHIAS WEXLER FRIEDMAN LLP
BRENDAN H. LITTLE (*Pro Hac Vice*)
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Telephone: (716) 853-5100
blittle@lippes.com

Attorneys for Defendant
DNF ASSOCIATES, LLC

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RONALD VIERNES, and all others similarly situated<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DNF ASSOCIATES, LLC<br><br>　　　　Defendant. | Case No.: 1:19-CV-316 JMS-KJM<br><br>**DEFENDANT DNF ASSOCIATES LLC'S STATEMENT OF NO OPPOSITION TO PLAINTIFF'S MOTION SEEKING APPROVAL THE CLASS NOTICE (DOC. 96)** |

COMES NOW, Defendant DNF Associates, LLC and hereby states that it does not oppose Plaintiff's Motion seeking approval of the class notice filed on February 17, 2021. (Doc. 96)

Dated: March 22, 2021

/s Brendan H. Little
Andrew J. Lautenbach
Brendan H. Little, Pro Hac Vice

Attorneys for Defendant
DNF Associates LLC