# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

RONALD VIERNES,
and all others similarly situated,

        Plaintiff,

v.

DNF ASSOCIATES, LLC,

        Defendant.

Case No. 1:19-CV-00316-JMS-KJM

## DECLARATION OF BAILEY HUGHES

STATE OF ILLINOIS, COUNTY OF COOK

I, Bailey Hughes, under penalty of perjury affirm that the following statements are true:

1. I am over eighteen (18) years of age, and am fully competent to give this declaration.

2. I am a Case Manager at First Class, Inc. and have personal knowledge of this matter.

3. First Class, Inc., a Class Action Administration Service, was appointed as the Class Settlement Administrator in this matter and is not a party to this action.

4. The class list was received from Brian L. Bromberg of Bromberg Law Office, P.C., and contained 109 records.

5. Prior to mailing the notice to the individuals on the class mailing list, First Class, Inc. followed its standard practice of processing the list through the Coding Accuracy Support System (CASS) and the NCOA (National Change of Address) update process of the U.S. Postal Service using software certified by the U.S. Postal Service. CASS allows First Class, Inc. to verify the address is correctly formatted for delivery and corrects zip codes. NCOA Move Update provides current address information, if available, and information regarding deliverability.

6. The notices were mailed on May 17, 2021 to 109 class members.

7. The notices were mailed via First Class mail, postage prepaid, with Forwarding Service Requested.

_____        5/27/21
BAILEY HUGHES                                    DATE