# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:19-CV-00316-JMS-KJM |
| CASE NAME: | Ronald Viernes v. DNF Associates, LLC |
| ATTYS FOR PLA: | *Brian Lewis Bromberg<br>Justin A. Brackett |
| ATTYS FOR DEFT: | *Andrew James Lautenbach<br>Brendan H. Little |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | AT&T Service |
| DATE: | 03/04/2022 | TIME: | 9:07 - 9:13 |

COURT ACTION:  EP:    TELEPHONIC SCHEDULING CONFERENCE held.

Discussion held regarding current trial setting. Parties indicate that the trial will take 3 to 4 days.

New date are given as follows:

1. Jury trial on May 17, 2022 at 8:30 a.m. before JMS
2. Final Pretrial Conference on April 5, 2022 at 9:45 a.m. before KJM
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by March 29, 2022
5. File motions to Join/Add Parties/Amend Pleadings by **CLOSED**
6. File other Non-Dispositive Motions by **CLOSED**
7. File Dispositive Motions by **CLOSED**
8a. File Motions in Limine by April 26, 2022
8b. File opposition memo to a Motion in Limine by May 3, 2022
11a. Plaintiff's Expert Witness Disclosures by **CLOSED**
11b. Defendant's Expert Witness Disclosures by **CLOSED**
12. Discovery deadline **CLOSED**
13. Settlement Conference **ON CALL**
14. Settlement Conference statements by **ON CALL**
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by May 3, 2022
21. File Final witness list by April 26, 2022
24. Exchange Exhibit and Demonstrative aids by April 19, 2022

25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by April 26, 2022
26. By May 3, 2022 the parties shall file any objections to the admissibility of exhibits. Copies of any exhibits to which objections are made shall be attached to the objections.
27. The original set of exhibits and two copies (all in binders) and a list of all exhibits shall be submitted to the Court the Thursday before trial.
28a. File Deposition Excerpt Designations by April 26, 2022
28b. File Deposition Counter Designations and Objections by May 3, 2022
29. File Trial Brief by May 3, 2022
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters:

If the parties so wish further assistance in settlement with the Court, they may do so by contacting Magistrate Judge Kenneth J. Mansfield's Courtroom Manager, Bernie Aurio at (808) 541-1298 or by email at bbb@hid.uscourts.gov at anytime.

One double sided hard copy of the Settlement Conference Statements from each party shall be delivered to the Clerk's Office followed by an electronic version to be emailed to mansfield_orders@hid.uscourts.gov.

The Courtroom Manager will be sending out a separate email providing counsel detailed instructions regarding Settlement Conferences Video Tele-Conference (VTC) access prior to the conference date.

Until further notice, all other hearings before Magistrate Judge Kenneth J. Mansfield, parties are to participate via telephone through our AT&T Service. Call-in information for this conference is below. Parties must connect to the conference at least five (5) minutes prior to the scheduled start time of the hearing.

Dial in number is 1-877-848-7030
Access Code is 2123668

Court to issue a Fifth Amended Rule 16 Scheduling Order.

*Submitted by: Bernie Aurio, Courtroom Manager*

1:19-CV-00316-JMS-KJM;
Ronald Viernes v. DNF Associates, LLC;
Scheduling Conference Minutes
03/04/2022