IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RONALD VIERNES, | ) | 1:19-CV-00316-KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | SIXTH AMENDED RULE 16 |
| vs. | ) | SCHEDULING ORDER |
| | ) | |
| DNF ASSOCIATES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**SIXTH AMENDED RULE 16 SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 16 and LR 16.2, a scheduling conference was held on May 18, 2022, before the Honorable Kenneth J. Mansfield, United States Magistrate Judge. Appearing telephonically at the conference were Justin A. Brackett, Brian Lewis Bromberg, Andrew James Lautenbach, and Brendan H. Little.

Pursuant to Fed. R. Civ. P. 16(e) and LR 16.3, the Court enters this scheduling conference order:

**TRIAL DATE:**

1.    JURY trial in this matter will commence before the Honorable Kenneth J. Mansfield, United States Magistrate Judge on October 11, 2022, at 9:00 A.M.

**AMENDING PLEADINGS:**

**2.**    All motions to join additional parties or to amend the pleadings shall be filed by **CLOSED**.

**EXPERT WITNESSES:**

3.      Pursuant to Fed. R. Civ. P. 26(a)(2), each party shall disclose to each other party

the identity and written report of any person who may be used at trial to present expert

evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. The disclosures

pursuant to this paragraph shall be according to the following schedule:

        **a.**      Plaintiff shall comply by **CLOSED**.

        **b.**      Defendants shall comply by **CLOSED**.

Disclosure of the identity and written report of any person who may be called solely to

contradict or rebut the evidence of a witness identified by another party pursuant to

subparagraphs a and b hereinabove shall occur within thirty (30) days after the disclosure

by the other party.

**DISCOVERY:**

4.      Unless and until otherwise ordered by the Court, the parties shall follow the

discovery plan agreed to by the parties herein pursuant to Fed. R. Civ. P. 26(f).

**5a.**      Pursuant to Fed. R. Civ. P. 16(b)(3) and LR 16.2(a)(6), the discovery deadline shall

be **CLOSED**. Unless otherwise permitted by the Court, all discovery pursuant to Federal

Rules of Civil Procedure, Rules 26 through 37 inclusive must be completed by the

discovery deadline.

  **b.**      Unless otherwise permitted by the Court, all discovery motions and conferences

made or requested pursuant to Federal Rules of Civil Procedure, Rules 26 through 37

inclusive of LR 26.1, 26.2, and 37.1 shall be filed no later than **CLOSED**.

**MOTIONS:**

6.      Dispositive motions shall be filed by **CLOSED**.

7.      All other non-dispositive motions including any motion requiring an evidentiary

hearing (including a *Daubert* motions) shall be filed by **CLOSED**. This deadline does not

include motions in limine or discovery motions.

**8.**      Motions in limine shall be filed by May 27, 2022.

Any opposition memorandum to a motion in limine shall be filed by June 3, 2022.

## SETTLEMENT:

**9.**      A settlement conference shall be held on **CLOSED** before the Honorable Kenneth
J. Mansfield, United States Magistrate Judge.

**10.**      Each party shall deliver to the presiding Magistrate Judge a confidential
settlement conference statement by **CLOSED**. The parties are directed to LR l 6.5(b) for
the requirements of the confidential settlement conference statement.

**11.**      The parties shall exchange written settlement offers and meet and confer to
discuss settlement before the date on which settlement conference statements are due.

## TRIAL AND FINAL PRETRIAL:

12.      A Telephonic final pretrial conference shall be held on August 30, 2022, at 9:45
A.M. before the Honorable Kenneth J. Mansfield, United States Magistrate Judge.

13.      Pursuant to LR 16.4, each party herein shall serve and file a separate final pretrial
statement by August 23, 2022.

14.      By September 13, 2022, the parties shall pre-mark for identification all exhibits
and shall exchange or, when appropriate, make available for inspection all exhibits to be
offered, other than for impeachment or rebuttal, and all demonstrative aids to be used at
trial.

15.      By September 20, 2022, each party shall serve and file a final comprehensive
witness list indicating the identity of each witness that the party will call at trial and
describing concisely the substance of the testimony to be given and the estimated time
required for the testimony of the witness on direct examination.

16.     The parties shall make arrangements to schedule the attendance of witnesses at trial so that the case can proceed with all due expedition and without any unnecessary delay.

17.     The party presenting evidence at trial shall give notice to the other party the day before of the names of the witnesses who will be called to testify the next day and the order in which the witnesses will be called.

18.     The parties shall meet and confer regarding possible stipulations to the authenticity and admissibility of proposed exhibits by September 20, 2022.

19a.    By September 20, 2022, the parties shall serve and file statements designating excerpts from depositions (specifying the witness and page and line referred to) to be used at trial other than for impeachment or rebuttal.

   b.   Statements counter-designating other portions of depositions or any objections to the use of depositions shall be served and filed by September 27, 2022.

20.     By September 27, 2022, each party shall serve and file a trial brief on all significant disputed issues of law, including foreseeable procedural and evidentiary issues, setting forth briefly the party's position and the supporting arguments and authorities.

21.     By September 27, 2022 the parties shall file any objections to the admissibility of exhibits. Copies of any exhibits to which objections are made shall be attached to the objections.

22a.    The original set of exhibits and two copies (all in binders) and a list of all exhibits shall be submitted to the Court by October 4, 2022.

   b.   A thumb drive of all exhibits shall be submitted to the Court by October 4, 2022.

23.     The parties shall prepare in writing and submit to the Court any special voir dire inquiries they wish the judge to ask the jury panel.

24.     The parties shall confer in advance of trial for the purpose of preparing an agreed upon special verdict form, if a special verdict form is to be requested. The agreed upon special verdict form shall be submitted to the Court. In the event of disagreement, the parties shall submit all proposed special verdict forms to the Court.

25.     The parties shall confer in advance of trial for the purpose of preparing an agreed upon concise statement of the case that may be read by the trial judge to the jury during voir dire. The agreed upon concise statement of the case shall be submitted to the Court. In the event of disagreement, the parties shall submit all proposed concise statements of the case to the Court.

26.     Jury instructions shall be prepared in accordance with LR 51.1 and submitted to the Court.

27.     All submissions to the Court required by paragraphs 23, 24 and 25 shall be made by September 27, 2022.

28.     A final pretrial conference shall be held on September 27, 2022, at 9:45 A.M. in Courtroom 8 before the Honorable Kenneth J. Mansfield, United States Magistrate Judge.

29.     (RESERVED)

**OTHER MATTERS:**

For Telephonic Hearings before Magistrate Judge Kenneth J. Mansfield, the parties are to participate through our AT&T Service. Call-in information for this conference is below. Parties must connect to the conference at least five (5) minutes prior to the scheduled start time of the hearing.

Dial in number is 1-877-848-7030

Access Code is 2123668

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 20, 2022.

Kenneth J. Mansfield
United States Magistrate Judge

Ronald Viernes vs. DNF Associates, LLC; 1:19-CV-00316-KJM; <u>Rule 16 Scheduling Order</u>