JUSTIN A. BRACKETT (HI Bar No. 9954)
515 Ward Avenue
Honolulu, HI  96814
Telephone: (808) 377-6778
Email:  justinbrackettlaw@gmail.com

BRIAN L. BROMBERG (admitted *pro hac vice*)
Bromberg Law Office, P.C.
352 Rutland Road #1
Brooklyn, NY 11225
Telephone: (212) 248-7906
Email: brian@bromberglawoffice.com

*Attorneys for Plaintiffs*
Ronald Viernes and the Certified Classes

## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| RONALD VIERNES,<br>and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DNF ASSOCIATES, LLC,<br><br>Defendant. | Case No:  1:19-cv-00316 KJM<br><br>**[PROPOSED] ORDER**<br><br>Trial: October 11, 2022<br><br>Judge: Honorable Kenneth J. Mansfield |

WHEREAS, Plaintiffs move to file the following documents under seal:

1. Unredacted version of Plaintiffs' Response to Defendant's Second Motion to Decertify the Classes ("Plaintiffs' Response").
2. Unredacted copy of Defendant DNF Associates, LLC's 2019 financial statement.
3. Unredacted copy of the pages from the transcript of Defendant DNF

1

Associates, LLC's 30(b)(6) witness.

4. Unredacted copy of DNF's Agreement for Legal Collection Services with Mandarich Law Group, LLP.

5. Unredacted copy of DNF's Forward Flow Chargeoff Receivables Sale Agreement with Sterling Jewelers Inc.

WHEREAS, Plaintiffs have served an original unredacted copy of the above-referenced document on the Court and served an unredacted copy of the above-referenced document on Defendant's attorneys, and

WHEREAS, the Response in Opposition contains information that has been marked "Confidential" by Defendant, pursuant to Local Rule 5.2(b) and the Stipulated Protective Order entered in this Case [Dkt. No. 73], it is hereby:

ORDERED that the above-referenced document is deemed filed under seal, without prejudice to any challenge to their designation as "Confidential."

Dated: _____, 2022.

_____

Hon. _____