JUSTIN A. BRACKETT (HI Bar No. 9954)
515 Ward Avenue
Honolulu, HI 96814
(808) 377-6778
justinbrackettlaw@gmail.com

BRIAN L. BROMBERG (admitted *pro hac vice*)
Bromberg Law Office, P.C.
26 Broadway, 27th Floor
New York, NY 10004
Telephone: (212) 248-7906
Email: brian@bromberglawoffice.com

*Attorneys for Plaintiffs*
Ronald Viernes and the Certified Classes

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RONALD VIERNES, and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DNF ASSOCIATES, LLC,<br><br>Defendant. | Case No: 1:19-CV-00316 KJM<br><br>CERTIFICATE OF SERVICE OF PLAINTIFFS' MOTION TO FILE UNDER SEAL OR PUBLICLY<br><br>**Jury Trial:**<br>Date: October 11, 2022<br>Judge: Hon. Kenneth J. Mansfield |

### CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2022, a copy of the foregoing was served to the parties listed below via the Court's CM/ECF Electronic Filing System:

1

ANDREW J. LAUTENBACH
alautenbach@starnlaw.com
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813

BRENDAN H. LITTLE
blittle@lippes.com

*Attorneys for Defendant*
DNF ASSOCIATES, LLC.

Dated: August 18, 2022, Honolulu, Hawaii.

*/s/ Justin A. Brackett*
Justin A. Brackett, Esq.
*Attorney for Plaintiffs*
