# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:19-CV-00316-KJM |
| CASE NAME: | Ronald Viernes v. DNF Associates, LLC |
| ATTYS FOR PLA: | Brian Lewis Bromberg<br>Justin A. Brackett |
| ATTYS FOR DEFT: | Andrew James Lautenbach<br>Brendan H. Little |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | Video Tele-Conference (VTC) No Record / recorded |
| DATE: | 10/26/2022 | TIME: | 1:30 - 2:40<br>RECORDED TIME: 2:40 - 2:45 |

COURT ACTION: EP: SETTLEMENT CONFERENCE and SETTLEMENT ON THE RECORD held.

Plaintiff Ronald Viernes and David Maczka, representative for Defendant DNJ Associates, LLC is also present.

The Court met with the parties. Settlement discussions held.

SETTLEMENT ON THE RECORD (SEALED TIME 2:40 - 2:45)

Essential terms stated on the record by Mr. Brackett. Defendants agree to the terms stated by Mr. Brackett.

Court finds that the parties have entered into a valid and enforceable settlement agreement

The Court sets a December 16, 2022 deadline for submission of the stipulation for dismissal to mansfield_orders@hid.uscourts.gov.

Trial date and pretrial deadlines are VACATED.

[226] Defendant Dnf Associates, LLC's Notice of Motion for Leave to Amend the Current Scheduling Order is TERMINATED AS MOOT.

The attorneys listed above may obtain a copy of this hearing by a written letter request to Magistrate Judge Kenneth J. Mansfield if necessary. Any transcript from this proceeding shall be handled as a sealed document.

*Submitted by: Bernie Aurio, Courtroom Manager*