JUSTIN A. BRACKETT (HI Bar No. 9954)
515 Ward Avenue
Honolulu, HI  96814
Telephone: (808) 377-6778
Email:  justinbrackettlaw@gmail.com

BRIAN L. BROMBERG (Admitted *Pro Hac Vice*)
Bromberg Law Office, P.C.
352 Rutland Road #1
Brooklyn, NY 11225
Telephone: (212) 248-7906
Email: brian@bromberglawoffice.com

*Attorneys for Plaintiff*
Ronald Viernes

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RONALD VIERNES,<br><br>                     Plaintiff,<br><br>v.<br><br>DNF ASSOCIATES, LLC.,<br><br>                     Defendant. | CASE NO. 1:19-CV-00316 KJM<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND ORDER |

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE
ACTION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is

hereby STIPULATED AND AGREED, by and between Plaintiff Ronald Viernes,

("Plaintiff") and Defendant DNF Associates, LLC ("Defendant"), by and through

their undersigned counsel, that all of Plaintiff's claims in the above-captioned matter, and any and all claims that Plaintiffs could have raised against Defendant, shall be and hereby are DISMISSED WITH PREJUDICE.

There are no remaining parties, claims or issues remaining in this matter. Each party agrees to bear their own attorneys' fees and costs.

Respectfully submitted this 17th day of February, 2023.

| | |
|---|---|
| */s/ Justin A. Brackett* | */s/ Brendan H. Little* |
| Justin A. Brackett, Esq. | Andrew J. Lautenbach, Esq. |
| Brian L. Bromberg, Esq. | Brendan H. Little, Esq. (Admitted *Pro Hac Vice*) |
| *Attorneys for Plaintiff* | |
| Ronald Viernes, and all others | *Attorneys for Defendant* |
| Similarly situated | DNF Associates, LLC |

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, February 17, 2023.



Kenneth J. Mansfield
United States Magistrate Judge

Viernes v. DNF Associates, LLC – 1:19-CV-00316 KJM – Stipulation for Dismissal with Prejudice of Entire Action